UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Energy Intelligence Group, Inc., et al, )<br>)<br>)<br>Plaintiff(s), )<br>)<br>v. )<br>)<br>)<br>BMO Nesbitt Securities Ltd., et al, )<br>)<br>Defendant(s). ) | Judge Joan B. Gottschall<br><br>Case No. 18 cv 6721 |

### **ORDER**

Status hearing set for 12/7/2018 at 9:30 AM in Courtroom 2325. If, by the date of the scheduled status hearing, defendant has not been served, plaintiff should call the courtroom deputy (312-435-5641) to request a new status date. No status hearing should be held until all defendants have been served. Plaintiff is directed to advise the defendants of the status hearing forthwith. Pursuant to LR 5.2(f), a stapled and/or bound paper copy of all electronically filed pleadings, including the complaint, must be delivered to chambers (2356) within one business day of filing. Noncompliance with LR 5.2(f) will result in the imposition of a $200.00 fine payable to the Clerk of the Court, 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604. Parties are directed to discuss settlement and whether they consent to proceed before the Magistrate Judge. They are further directed to meet and confer regarding a proposed discovery plan. See Judge Gottschall's civil case management packet regarding pretrial case management procedures at: http://www.ilnd.uscourts.gov.

ENTER:

/s/
JOAN B. GOTTSCHALL
United States District Judge

DATED: October 5, 2018