# Affidavit of Process Server

| Energy Intelligence Group, Inc. et al. | vs. | BMO Harris Bank et al. | 18 CV 06721 |
|---|---|---|---|
| Plaintiff/Petitioner | | Defendant/Respondent | Case# |

Being duly sworn, on my oath, I **Andrew Raphael** declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served **BMO Harris Bank, N. A.**
NAME OF PERSON/ENTITY BEING SERVED

with the (documents)
☐ Subpoena with $_____ witness fee and mileage
☒ Summons, Complaint, Exhibit A, Civil Cover Sheet, Case Management Package And Order

by serving (NAME) **Yarycelis RodriguezNieves, Teller authorized to accept**
at ☐ Home
☒ Business **111 W. Monroe Street Chicago, IL.**
☒ on (DATE) **October 19, 2018** at (TIME) **3:15 p.m.**

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
From (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service
☒ By delivering, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof, namely,
**Yarycelis RodriguezNieves, Teller authorized to accept**
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address ☐ Evading ☐ Other: _____
☐ Address does not exist ☐ Service cancelled by litigant
☐ Moved, Left no forwarding ☐ Unable to serve in a timely fashion

**Service Attempts:** Service was attempted on:
( ) DATE TIME , ( ) DATE TIME , ( ) DATE TIME
( ) DATE TIME , ( ) DATE TIME , ( ) DATE TIME

**Description:**
☐ Male ☐ White ☒ Black Hair ☐ White Hair ☐ 14-20 Yrs. ☐ Under 5' ☐ Under 100 Lbs.
☒ Female ☐ Black ☐ Brown Hair ☐ Balding ☒ 21-35 Yrs. ☐ 5'-5'3" ☒ 100-130 Lbs.
☒ Hispanic ☐ Blond Hair ☐ 36-50 Yrs. ☒ 5'4"-5'8" ☐ 131-160 Lbs.
☐ Glasses ☐ Asian ☐ Gray Hair ☐ Mustache ☐ 51-65 Yrs. ☐ 5'9"-6' ☐ 161-200 Lbs.
☐ Indian ☐ Red Hair ☐ Beard ☐ Over 65 Yrs. ☐ Over 6' ☐ Over 200 Lbs.

OTHER IDENTIFYING FEATURES: _____

State of Illinois County of Cook

Subscribed and sworn to before me
A notary public, this 18 day of October 2018

_Bethzaida Perez_ (signature)
Notary Public

OFFICIAL SEAL
BETHZAIDA PEREZ
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/22/22

SERVED BY
LASALLE PROCESS SERVERS
ILLINOIS PRIVATE DETECTIVE LICENSE# 117-001432

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS