# Affidavit of Process Server

| Energy Intelligence Group, Inc. et al. | vs. BMO Harris Bank et al. | 18 CV 06721 |
|---|---|---|
| Plaintiff/Petitioner | Defendant/Respondent | Case# |

Being duly sworn, on my oath, I **Andrew Raphael**
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served **BMO Harris Nesbitt Securities, LTD.**
NAME OF PERSON/ENTITY BEING SERVED

with the (documents)
☐ Subpoena with $_____ witness fee and mileage
☑ Summons, Complaint, Exhibit A, Civil Cover Sheet, Case Management Package
And Order

by serving (NAME) **Yarycelis RodriguezNieves, Teller authorized to accept**
at ☐ Home
☑ Business **111 W. Monroe Street Chicago, IL.**
☑ on (DATE) **October 19, 2018** at (TIME) **3:15 p.m.**

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____
From (CITY) _____ (STATE) _____

**Manner of Service:**
☐ By Personal Service
☑ By delivering, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof, namely,
**Yarycelis RodriguezNieves, Teller authorized to accept**
☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers
☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):
☐ Unknown at Address    ☐ Evading    ☐ Other: _____
☐ Address does not exist    ☐ Service cancelled by litigant
☐ Moved, Left no forwarding    ☐ Unable to serve in a timely fashion

**Service Attempts:** Service was attempted on: ( ) _____ , ( ) _____ , ( ) _____
DATE TIME   DATE TIME   DATE TIME
( ) _____ , ( ) _____ , ( ) _____
DATE TIME   DATE TIME   DATE TIME

**Description:**
| | | | | | |
|---|---|---|---|---|---|
| ☐ Male | ☐ White | ☑ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☑ Female | ☐ Black | ☐ Brown Hair | ☐ Balding | ☑ 21-35 Yrs. | ☐ 5'-5'3" | ☑ 100-130 Lbs. |
| | ☑ Hispanic | ☐ Blond Hair | | ☐ 36-50 Yrs. | ☑ 5'4"-5'8" | ☐ 131-160 Lbs. |
| ☐ Glasses | ☐ Asian | ☐ Gray Hair | ☐ Mustache | ☐ 51-65 Yrs. | ☐ 5'9"-6' | ☐ 161-200 Lbs. |
| | ☐ Indian | ☐ Red Hair | ☐ Beard | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

OTHER IDENTIFYING FEATURES: _____

State of Illinois  County of Cook

Subscribed and sworn to before me
A notary public, this 18 day of October, 2018

*Notary Public* (signature)

OFFICIAL SEAL
BETHZAIDA PEREZ
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:07/22/22

SERVED BY (signature)
LASALLE PROCESS SERVERS
ILLINOIS PRIVATE DETECTIVE LICENSE# 117-001432

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS