# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ENERGY INTELLIGENCE GROUP, INC. and ENERGY INTELLIGENCE GROUP (UK) LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>BMO NESBITT SECURITIES LTD. and BMO HARRIS BANK, N.A.,<br><br>Defendants. | Civil Action No. 1:18-cv-06721 (JBG) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2 to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Energy Intelligence Group, Inc. and Energy Intelligence Group (UK) Limited certifies that both Plaintiffs have one parent company, Koeing Limited, which is privately held, and no publicly held corporation owns ten percent (10%) or more of the stock in the parent company.

Respectfully submitted,

Dated: October 30, 2018     By:   /s/ Kevin C. Parks
                                   Kevin C. Parks (6197772)
                                   Tara N. Goodarzi (6323963)
                                   LEYDIG, VOIT & MAYER, LTD.
                                   Two Prudential Plaza
                                   180 N. Stetson Ave., Suite 4900
                                   Chicago, IL 60601
                                   Tel: (312) 616-5600
                                   Fax: (312) 616-5700
                                   kparks@leydig.com

tgoodarzi@leydig.com

and

Robert L. Powley (Attorney-In-Charge)
rlpowley@powleygibson.com
(*pro hac vice* motion to be filed)
James M. Gibson
jmgibson@powleygibson.com
(*pro hac vice* motion to be filed)
Jason H. Kasner
jhkasner@powleygibson.com
(*pro hac vice* motion to be filed)

POWLEY & GIBSON, P.C.
304 Hudson Street, Suite 305
New York, NY 10013
Telephone: (212) 226-5054
Facsimile: (212) 226-5085

Attorneys for Plaintiffs,
ENERGY INTELLIGENCE GROUP, INC.
and ENERGY INTELLIGENCE GROUP
(UK) LIMITED