**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ENERGY INTELLIGENCE GROUP, INC. and ENERGY INTELLIGENCE GROUP (UK) LIMITED,<br><br>     Plaintiffs,<br><br>vs.<br><br>BMO NESBITT BURNS SECURITIES LTD., BMO CAPITAL MARKETS CORP., and BMO HARRIS BANK, N.A.,<br><br>     Defendants. | Case No. 1:18-cv-06721<br><br>Hon. Joan B. Gottschall |

**JOINT STATUS REPORT**

BMO Nesbitt Burns Securities Ltd. ("BMO Nesbitt Burns"), BMO Capital Markets Corp. ("BMO Capital Markets"), and BMO Harris Bank, N.A. ("BMO Harris Bank") (together, "Defendants"), together with Energy Intelligence Group, Inc. and Energy Intelligence Group (UK) Ltd. (together, "Plaintiffs"), respectfully submit this joint status report in accordance with the Court's March 18, 2019 order. (ECF No. 47.) The parties state as follows:

1. Plaintiffs filed this action, which asserted copyright infringement claims against Defendants BMO Nesbitt Burns Securities Ltd. and BMO Harris Bank, N.A., on October 4, 2018. (ECF No. 1.) Plaintiffs filed their First Amended Complaint ("FAC") on February 1, 2019, naming BMO Capital Markets Corp. as an additional defendant. (ECF No. 36.)

2. On March 14, 2019, the parties moved for an extension of time to answer the FAC on the basis that (1) the parties had commenced settlement discussions, and (2) the parties were engaged in continued discussions regarding "which parties should be named defendants in this action and whether this venue remains proper as a result." (ECF No. 45.) This Court granted that request on March 18, 2019, providing that the parties would file a joint status report by April 15,

1

2019 to report on the status of settlement and propose revised deadlines for Defendants' time to answer. (ECF No. 47.)

3. Accordingly, the parties report that they have made significant progress toward settlement and remain hopeful that a resolution can be reached shortly.

4. The parties also report that they have reached agreement on the appropriate defendants to this action. Current defendants BMO Harris Bank, N.A. and BMO Nesbitt Burns Securities Ltd. will be dismissed without prejudice, and a new defendant, BMO Nesbitt Burns, Inc., will be added to the lawsuit. The parties are engaged in discussions regarding the proper venue for this litigation in view of the substitution of the parties.

5. In light of the above, the parties propose to submit a status report on or before April 30, 2019 including the following: (1) a further update on settlement; (2) a proposed date for the amendment of the complaint to include the agreed-upon defendants; and (3) the parties' respective positions on whether the case should be transferred to a different venue. The parties further request that the Court reschedule the status conference currently scheduled for April 24, 2019 to a date convenient for the Court following the proposed April 30, 2019 date for the next status report.

Dated: April 15, 2019

Respectfully submitted,

By: */s/ Benjamin J. Bradford*
   Susan J. Kohlmann
   Benjamin J. Bradford
   Anna J. Mitran
   Jenner & Block LLP
   353 N. Clark Street
   Chicago, IL 60654-3456
   Telephone: +1 312 222 9350
   Facsimile: +1 312 527 0484

   *Counsel for BMO Nesbitt Securities Ltd., BMO Capital Markets Corp. and BMO Harris Bank, N.A.*

By: */s/ Robert L. Powley*
   Robert L. Powley
   James M. Gibson
   Jason H. Kasner
   Powley & Gibson P.C.
   304 Hudson St. Suite 305
   New York, NY 10013
   Telephone: (212) 226-5054
   Facsimile: (212) 225-5085

   *Counsel for Energy Intelligence Group, Inc. and Energy Intelligence Group (UK) Limited*

3

## **CERTIFICATE OF SERVICE**

I, Benjamin J. Bradford, an attorney, certify that I caused copies of the foregoing *Status Report* to be served on all counsel of record via the Court's electronic filing system.

*/s/ Benjamin J. Bradford*
*Attorney for Defendants*