**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ENERGY INTELLIGENCE GROUP, INC. and ENERGY INTELLIGENCE GROUP (UK) LIMITED,<br><br>    Plaintiffs,<br><br>vs.<br><br>BMO NESBITT BURNS SECURITIES LTD., BMO CAPITAL MARKETS CORP., and BMO HARRIS BANK, N.A.,<br><br>    Defendants. | Case No. 1:18-cv-06721<br><br>Hon. Joan B. Gottschall |

**JOINT STATUS REPORT**

Energy Intelligence Group, Inc. and Energy Intelligence Group (UK) Limited (together, "Plaintiffs"), together with BMO Nesbitt Burns Securities Ltd., BMO Capital Markets Corp., and BMO Harris Bank, N.A. (together, "Defendants"), respectfully submit this Joint Status Report in accordance with the Court's April 16, 2019 order. (ECF No. 49.) The parties state as follows:

1. The parties are pleased to report that they have reached a settlement in principle in this matter and thank Your Honor for granting the time necessary for the parties to achieve a settlement.

2. The parties request a thirty (30) day period of time to finalize and execute settlement documents, at which time a voluntary dismissal pursuant to Fed. R. Civ. P. 41 will be filed.

3. Finally, the parties request that the status conference currently set for May 8, 2019 at 9:30 am be adjourned pending dismissal of the lawsuit.

Dated: April 30, 2019

Respectfully submitted,

By: */s/ Benjamin J. Bradford*
    Susan J. Kohlmann
    Benjamin J. Bradford
    Anna J. Mitran
    Jenner & Block LLP
    353 N. Clark Street
    Chicago, IL 60654-3456
    Telephone: +1 312 222 9350
    Facsimile: +1 312 527 0484

*Counsel for BMO Nesbitt Securities Ltd., BMO Capital Markets Corp. and BMO Harris Bank, N.A.*

By: */s/ Laura M. Schaefer*
    Kevin C. Parks
    Laura M. Schaefer
    Leydig, Voit & Mayer, Ltd.
    Two Prudential Plaza
    180 N. Stetson, Suite 4900
    Telephone: (312) 616-5600
    Facsimile: (312) 616-5700

    Robert L. Powley
    James M. Gibson
    Powley & Gibson P.C.
    304 Hudson St. Suite 305
    Powley & Gibson P.C.
    New York, NY 10013
    Telephone: (212) 226-5054
    Facsimile: (212) 225-5085

*Counsel for Energy Intelligence Group, Inc. and Energy Intelligence Group (UK) Limited*

## **CERTIFICATE OF SERVICE**

I, Laura M. Schaefer, an attorney, certify that I caused copies of the foregoing Joint Status Report to be served on all counsel of record via the Court's electronic filing system.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Laura M. Schaefer*
　　　　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiffs*